254 So.2d 461

### Jerry KATZ

v.

### Joseph JUDICE, d/b/a Air Tex Engineering Company and Lennox Industries, Inc.

No. 51877.

Nov. 23, 1971.

In re: Jerry Katz applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 252 So.2d 532.

Writ denied. On the facts found by the Court of Appeal there is no error of law in the judgment.